OTTO A. BEEVER, Individually and as Administrator with the Will Annexed of the Estate of FREDERICA BEEVER, Deceased, Appellant, *v.* EMMA BUCK, as Administratrix with the Will Annexed of the Estate of WILLIAM BEEVER, Deceased, et al., Respondents.

*Beever* v. *King*, 168 App. Div. 935, affirmed.

(Argued February 11, 1918; decided February 26, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 11, 1915, *unanimously* affirming a judgment in favor of defendants entered upon the report of a referee. The complaint alleged that at the time of the death of Frederica Beever she was the owner of twelve water company coupon bonds; that about the time of her death her husband, William Beever, conceived the idea of claiming to be the owner of the said bonds and of depriving her estate thereof and appropriate the same to his own use, and did plan to carry out the false and fraudulent plan, scheme and conspiracy to divert the said bonds from her estate to himself and to obtain the

possession and ownership thereof; that in pursuance of said false and fraudulent claim, plan and scheme the said William Beever did conspire with others to take the said bonds from the possession of the executor of her estate, and to divert them from the said estate to himself, and did thereupon cause an action to be commenced in the Supreme Court, wherein he was plaintiff and said executor was defendant, the object and purpose of which action was to recover possession of said bonds from said executor, and to have the same placed in his possession and have it adjudged that he was the owner thereof, and that by the use of false, fraudulent and perjured testimony he succeeded in said action and obtained possession of the bonds in question. Relief was demanded that the judgment be vacated and set aside and the bonds adjudged to belong to the plaintiff.

*James O. Sebring* for appellant.

*Fred A. Robbins* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, McLAUGHLIN, CRANE and ANDREWS, JJ. Absent: POUND, J.